| | |
|---|---|
| Laurie Edelstein (Bar No. 164466)<br>Sophia Cai (Bar No. 327773)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, California 94105<br>Telephone: (628) 267-6800<br>Facsimile:  (628) 267-6859<br>ledelstein@jenner.com<br>scai@jenner.com<br><br>Adam Unikowsky (*pro hac vice* forthcoming)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 639-6066<br>aunikowsky@jenner.com<br><br>*Counsel for Respondents*<br>*Uber Technologies, Inc. and Uber USA, LLC* | Bryan Weir (Bar No. 310964)<br>Thomas R. McCarthy (*pro hac vice*)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>Telephone:  (703) 243-9423<br>bryan@consovoymccarthy.com<br>tom@consovoymccarthy.com<br><br>Patrick Strawbridge (*pro hac vice*)<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, Massachusetts 02109<br>Telephone:  (617) 227-0548<br>patrick@consovoymccarthy.com<br><br>Bradley A. Benbrook (Bar No. 177786)<br>BENBROOK LAW GROUP PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>Telephone:  (916) 447-4900<br>brad@benbrooklawgroup.com<br><br>*Counsel for Petitioners* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND UBER USA, LLC<br><br>Respondents. | No. 3:21-cv-09577 (RS)<br><br>**ORDER JOINT STIPULATION REGARDING WAIVER OF SERVICE OF SUMMONS, EXTENSION OF RESPONDENTS' TIME TO RESPOND TO PETITION PURSUANT TO LOCAL CIVIL RULE 6-1(a), AND RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Action filed: December 10, 2021 |

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

Petitioners Valeria Hermosillo Chavez, Erik Esparza, Jamar Smith, and Anthony Simoneau, and 7,267 other individuals (collectively, "Petitioners") and Uber Technologies, Inc., and Uber USA, LLC (collectively, "Respondents") hereby stipulate and agree as follows:

WHEREAS, on December 10, 2021, Petitioners filed a Petition for an Order Compelling Arbitration ("Petition") against Respondents;

WHEREAS, on January 5, 2022, Petitioners filed a Motion to Compel Arbitration, to Stay Parallel Proceedings, and for Other Relief ("Motion") against Respondents with a hearing date of March 10, 2022 at 1:30 p.m.;

WHEREAS, on January 5, 2022, pursuant to Rule 4 of the Federal Rules of Civil Procedure, Petitioners sent Respondents a request to waive service of a summons and the Petition;

WHEREAS, on January 5, 2022, Respondents agreed to waive service of a summons and the Petition, while expressly reserving the right to assert any and all defenses, including to jurisdiction and venue, in exchange for an agreed-upon schedule for Petitioners' Motion and Respondents' response to the Petition;

WHEREAS, Petitioners and Respondents have agreed that Respondents shall have until January 31, 2022 to oppose the Motion and respond to the Petition;

WHEREAS, Petitioners and Respondents have agreed that Petitioners shall have until February 14, 2022 to file a reply in support of the Motion and to oppose Respondents' response to the Petition;

WHEREAS, Petitioners and Respondents have agreed that Respondents shall have until February 28, 2022 to file a reply in support of their response to the Petition;

WHEREAS, this Court has set an Initial Case Management Conference for March 10, 2022, 10:00 a.m., and the parties agree that the interests of judicial efficiency and conservation of the parties' and the Court's resources would be best served by continuing the date of the Initial Case Management Conference until a date after the hearing on Petitioners' Motion, which is set for March 10, 2022, and after the Court rules on Petitioners' Motion and Respondents'

response to the Petition, and by continuing the deadline for the parties to file their ADR Certifications until 21 days in advance of the rescheduled Case Management Conference;

WHEREAS, there have been no previous extensions in this case;

THEREFORE, pursuant to Local Civil Rule 6-1(a), Petitioners and Respondents, by and through their respective counsel, stipulate and agree that Respondents shall have until January 31, 2022 to oppose the Motion and respond to the Petition; Petitioners shall have until February 14, 2022 to file a reply in support of the Motion and to oppose Respondents' response to the Petition; and Respondents shall have until February 28, 2022 to file a reply in support of their response to the Petition;

The parties also hereby request that the Court reschedule the Initial Case Management Conference originally set for March 10, 2022, at 10:00 a.m., to a date after the hearing on Petitioners' Motion and after the Court rules on Petitioners' Motion and Respondents' response to the Petition, and that the Court continue the deadline for the parties to file their ADR Certifications until 21 days in advance of the rescheduled Case Management Conference.

**IT IS SO STIPULATED.**

Dated: January 13, 2022　　　　　　　JENNER & BLOCK LLP

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Sophia Cai (Bar No. 327773)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859
ledelstein@jenner.com
scai@jenner.com

Adam Unikowsky (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
aunikowsky@jenner.com

*Counsel for Respondents*
*Uber Technologies, Inc. and Uber USA, LLC*

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

CONSOVOY MCCARTHY PLLC

By: */s/ Patrick Strawbridge*

Bryan Weir (Bar No. 310964)
Thomas R. McCarthy (*pro hac vice*)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone:  (703) 243-9423
bryan@consovoymccarthy.com
tom@consovoymccarthy.com

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone:  (617) 227-0548
patrick@consovoymccarthy.com

Bradley A. Benbrook (Bar No. 177786)
BENBROOK LAW GROUP PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone:  (916) 447-4900
brad@benbrooklawgroup.com

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

By: /s/ Laurie Edelstein

| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Bryan Weir (Bar No. 310964) |
| Sophia Cai (Bar No. 327773) | Thomas R. McCarthy (*pro hac vice*) |
| JENNER & BLOCK LLP | CONSOVOY MCCARTHY PLLC |
| 455 Market Street, Suite 2100 | 1600 Wilson Boulevard, Suite 700 |
| San Francisco, California 94105 | Arlington, VA 22209 |
| Telephone: (628) 267-6800 | Telephone: (703) 243-9423 |
| Facsimile: (628) 267-6859 | bryan@consovoymccarthy.com |
| ledelstein@jenner.com | tom@consovoymccarthy.com |
| scai@jenner.com | |

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Adam Unikowsky (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
aunikowsky@jenner.com

*Counsel for Respondents*
*Uber Technologies, Inc. and Uber USA, LLC*

Bradley A. Benbrook (Bar No. 177786)
BENBROOK LAW GROUP PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

*Counsel for Petitioners*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND UBER USA, LLC<br><br>Respondents. | No. 3:21-cv-09577 (RS)<br><br>**ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Action Filed:  December 10, 2021 |

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

1  WHEREAS, Petitioners Valeria Hermosillo Chavez, Erik Esparza, Jamar Smith, and
2  Anthony Simoneau, and 7,267 other individuals (collectively, "Petitioners") filed a Petition for
3  an Order Compelling Arbitration ("Petition") against Respondents Uber Technologies, Inc., and
4  Uber USA, LLC (collectively, "Respondents") on December 10, 2021;

5  WHEREAS, on January 5, 2022, Petitioners filed a Motion to Compel Arbitration, to
6  Stay Parallel Proceedings, and for Other Relief ("Motion") against Respondents that is set for
7  hearing on March 10, 2022;

8  WHEREAS, Petitioners and Respondents agreed that Respondents shall have until
9  January 31, 2022 to oppose the Motion and respond to the Petition;

10  WHEREAS, Petitioners and Respondents agreed that Petitioners shall have until
11  February 14, 2022 to file a reply in support of the Motion and to oppose Respondents' response
12  to the Petition;

13  WHEREAS, Petitioners and Respondents have agreed Respondents shall have until
14  February 28, 2022 to file a reply in support of their response to the Petition;

15  WHEREAS, this Court has set an Initial Case Management Conference for March 10,
16  2022, and the parties agree that in the interests of judicial efficiency and conservation of the
17  parties' and the Court's resources would be best served by continuing the date of the Initial Case
18  Management Conference until a date after the hearing on Petitioners' Motion, which is set for
19  March 10, 2022, and after the Court rules on Petitioners' Motion and Respondents' response to
20  the Petition, and by continuing the deadline for the parties to file their ADR Certifications until
21  21 days in advance of the rescheduled Case Management Conference.

22  WHEREAS, there have been no previous extensions in this case;

23  THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that the
24  Initial Case Management Conference originally set for March 10, 2022, 10:00 a.m. is
25  rescheduled to __April 7, 2022__, a date after this Court rules on the Petitioners' Motion and
26  Respondents' response to the Petition, and the deadline for the parties to file their ADR
27  Certifications is continued until 21 days in advance of the rescheduled Case Management
28  Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January  13 , 2022

_____
The Honorable Richard G. Seeborg
United States District Court Judge

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105