| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Bryan Weir (Bar No. 310964) |
| Sophia Cai (Bar No. 327773) | Thomas R. McCarthy (*pro hac vice*) |
| JENNER & BLOCK LLP | CONSOVOY MCCARTHY PLLC |
| 455 Market Street, Suite 2100 | 1600 Wilson Boulevard, Suite 700 |
| San Francisco, California 94105 | Arlington, VA 22209 |
| Telephone: (628) 267-6800 | Telephone: (703) 243-9423 |
| Facsimile: (628) 267-6859 | bryan@consovoymccarthy.com |
| ledelstein@jenner.com | tom@consovoymccarthy.com |
| scai@jenner.com | |
| | Patrick Strawbridge (*pro hac vice*) |
| Adam Unikowsky (*pro hac vice*) | CONSOVOY MCCARTHY PLLC |
| JENNER & BLOCK LLP | Ten Post Office Square |
| 1099 New York Avenue, NW, Suite 900 | 8th Floor South PMB #706 |
| Washington, DC 20001-4412 | Boston, Massachusetts 02109 |
| Telephone: (202) 639-6000 | Telephone: (617) 227-0548 |
| Facsimile: (202) 639-6066 | patrick@consovoymccarthy.com |
| aunikowsky@jenner.com | |
| | Bradley A. Benbrook (Bar No. 177786) |
| *Counsel for Respondents* | BENBROOK LAW GROUP PC |
| *Uber Technologies, Inc. and Uber USA, LLC* | 701 University Avenue, Suite 106 |
| | Sacramento, CA 95825 |
| | Telephone: (916) 447-4900 |
| | brad@benbrooklawgroup.com |
| | |
| | *Counsel for Petitioners* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND UBER USA, LLC<br><br>Respondents. | No. 3:21-cv-09577 (RS)<br><br>**ORDER REGARDING STAY OF PENDING PROCEEDINGS**<br><br>Action Filed: December 10, 2021 |

1 WHEREAS, on December 10, 2021, Petitioners filed a Petition for an Order Compelling

2 Arbitration ("Petition") against Respondents;

3 WHEREAS, on January 5, 2022, Petitioners filed a Motion to Compel Arbitration, to

4 Stay Parallel Proceedings, and for Other Relief ("Motion") against Respondents with a hearing

5 date of March 10, 2022 at 1:30 p.m.;

6 WHEREAS, on January 31, 2022, Respondents filed an opposition to the Motion to

7 Compel and a Motion to Dismiss the Petition;

8 WHEREAS, upon completion of the briefing this Court heard argument on the pending

9 motions on March 10, 2022, and currently has the matter under advisement;

10 WHEREAS, on April 14, 2022, the New York Appellate Division First Department,

11 issued a decision in the pending state litigation between Respondents and the American

12 Arbitration Association (AAA) that relates to fees associated with Petitioners' arbitrations;

13 WHEREAS, the parties and AAA are now engaged in ongoing discussions about the

14 future course of Petitioners' arbitrations;

15 THEREFORE, pursuant to Local Civil Rule 7-12, Petitioners and Respondents, by and

16 through their respective counsel, stipulate and agree that further proceedings in this case should

17 be stayed for 45 days, at which point the parties will provide an update to the Court as to the

18 need for further proceedings;

19 THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that all

20 proceedings in this matter are hereby stayed until June 6, 2022, by which time the parties are

21 directed to provide a status report to the Court with respect to the future course of proceedings in

22 this case.

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 26, 2022

_____
The Honorable Richard G. Seeborg
United States District Court Judge