| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Bryan Weir (Bar No. 310964) |
| Sophia Cai (Bar No. 327773) | Thomas R. McCarthy (*pro hac vice*) |
| JENNER & BLOCK LLP | CONSOVOY MCCARTHY PLLC |
| 455 Market Street, Suite 2100 | 1600 Wilson Boulevard, Suite 700 |
| San Francisco, California 94105 | Arlington, VA 22209 |
| Telephone: (628) 267-6800 | Telephone: (703) 243-9423 |
| ledelstein@jenner.com | bryan@consovoymccarthy.com |
| scai@jenner.com | tom@consovoymccarthy.com |
| Adam Unikowsky (*pro hac vice*) | Patrick Strawbridge (*pro hac vice*) |
| JENNER & BLOCK LLP | CONSOVOY MCCARTHY PLLC |
| 1099 New York Avenue, NW, Suite 900 | Ten Post Office Square |
| Washington, DC 20001-4412 | 8th Floor South PMB #706 |
| Telephone: (202) 639-6000 | Boston, Massachusetts 02109 |
| aunikowsky@jenner.com | Telephone: (617) 227-0548 |
| | patrick@consovoymccarthy.com |
| *Counsel for Respondents* | |
| *Uber Technologies, Inc. and Uber USA, LLC* | Bradley A. Benbrook (Bar No. 177786) |
| | BENBROOK LAW GROUP PC |
| | 701 University Avenue, Suite 106 |
| | Sacramento, CA 95825 |
| | Telephone: (916) 447-4900 |
| | brad@benbrooklawgroup.com |
| | *Counsel for Petitioners* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND UBER USA, LLC<br><br>Respondents. | No. 3:21-cv-09577 (RS)<br><br>**SECOND JOINT STIPULATION REGARDING STAY OF PENDING PROCEEDINGS**<br><br>**[Proposed Order Filed Concurrently]**<br><br>Action filed: December 10, 2021 |

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

1  Petitioners Valeria Hermosillo Chavez, Erik Esparza, Jamar Smith, and Anthony
2  Simoneau, and 7,267 other individuals (collectively, "Petitioners") and Uber Technologies, Inc.,
3  and Uber USA, LLC (collectively, "Respondents") hereby stipulate and agree as follows:
4  WHEREAS, on December 10, 2021, Petitioners filed a Petition for an Order Compelling
5  Arbitration ("Petition") against Respondents;
6  WHEREAS, on January 5, 2022, Petitioners filed a Motion to Compel Arbitration, to
7  Stay Parallel Proceedings, and for Other Relief ("Motion") against Respondents with a hearing
8  date of March 10, 2022;
9  WHEREAS, on January 31, 2022, Respondents filed an opposition to the Motion to
10 Compel and a Motion to Dismiss the Petition;
11 WHEREAS, upon completion of the briefing this Court heard argument on the pending
12 motions on March 10, 2022, and currently has the matter under advisement;
13 WHEREAS, on April 14, 2022, the New York Appellate Division First Department,
14 issued a decision in the pending state litigation between Respondent and the American
15 Arbitration Association (AAA) that relates to fees associated with Petitioners' arbitrations;
16 WHEREAS, on April 26, 2022, the Court granted the parties' Joint Stipulation Regarding
17 Stay of Pending Proceedings pending ongoing discussions between Petitioners and Respondents
18 about the future course of Petitioners' arbitrations, staying this action until June 6, 2022 and
19 directing the parties to provide a status report to the Court by June 6, 2022 as to the need for
20 further proceedings;
21 WHEREAS, Petitioners and Respondents remain engaged in ongoing discussions about
22 the future course of Petitioners' arbitrations and anticipate concluding those discussion within
23 twenty (20) days;
24 THEREFORE, pursuant to Local Civil Rule 7-12, Petitioners and Respondents, by and
25 through their respective counsel, stipulate and agree that further proceedings in this case should
26 be stayed until June 27, 2022, at which point the parties will provide a further update to the Court
27 as to the need for any further proceedings;
28

The parties thus respectfully request that the Court continue to stay all proceedings in this matter until June 27, 2022.

**IT IS SO STIPULATED.**

Dated: June 6, 2022                                              JENNER & BLOCK LLP

By: /s/ *Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Sophia Cai (Bar No. 327773)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
scai@jenner.com

Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
aunikowsky@jenner.com

*Counsel for Respondents*
*Uber Technologies, Inc. and Uber USA, LLC*

CONSOVOY MCCARTHY PLLC

By: /s/ *Bryan Weir*

Bryan Weir (Bar No. 310964)
Thomas R. McCarthy (*pro hac vice*)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
bryan@consovoymccarthy.com
tom@consovoymccarthy.com

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Bradley A. Benbrook (Bar No. 177786)
BENBROOK LAW GROUP PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Sophia Cai (Bar No. 327773)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
scai@jenner.com

Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
aunikowsky@jenner.com

*Counsel for Respondents*
*Uber Technologies, Inc. and Uber USA, LLC*

Bryan Weir (Bar No. 310964)
Thomas R. McCarthy (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
bryan@consovoymccarthy.com
tom@consovoymccarthy.com

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Bradley A. Benbrook (Bar No. 177786)
BENBROOK LAW GROUP PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

*Counsel for Petitioners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND UBER USA, LLC<br><br>Respondents. | No. 3:21-cv-09577 (RS)<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION REGARDING STAY OF PENDING PROCEEDINGS**<br><br>Action Filed: December 10, 2021 |

WHEREAS, on December 10, 2021, Petitioners filed a Petition for an Order Compelling Arbitration ("Petition") against Respondents;

WHEREAS, on January 5, 2022, Petitioners filed a Motion to Compel Arbitration, to Stay Parallel Proceedings, and for Other Relief ("Motion") against Respondents with a hearing date of March 10, 2022;

WHEREAS, on January 31, 2022, Respondents filed an opposition to the Motion to Compel and a Motion to Dismiss the Petition;

WHEREAS, upon completion of the briefing this Court heard argument on the pending motions on March 10, 2022, and currently has the matter under advisement;

WHEREAS, on April 14, 2022, the New York Appellate Division First Department, issued a decision in the pending state litigation between Respondent and the American Arbitration Association (AAA) that relates to fees associated with Petitioners' arbitrations;

WHEREAS, on April 26, 2022, the Court granted the parties' Joint Stipulation Regarding Stay of Pending Proceedings pending ongoing discussions between Petitioners and Respondents about the future course of Petitioners' arbitrations, staying this action until June 6, 2022 and directing the parties to provide a status report to the Court by June 6, 2022 as to the need for further proceedings;

WHEREAS, Petitioners and Respondents remain engaged in ongoing discussions about the future course of Petitioners' arbitrations and anticipate concluding those discussion within twenty (20) days;

WHEREAS, pursuant to Local Civil Rule 7-12, Petitioners and Respondents, by and through their respective counsel, stipulate and agree that further proceedings in this case should be stayed until June 27, 2022, at which point the parties will provide an update to the Court as to the need for any further proceedings;

THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that all proceedings in this matter are hereby stayed until June 27, 2022, by which time the parties are directed to provide a status report to the Court with respect to the future course of proceedings in this case.

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June ___, 2022

_____
The Honorable Richard G. Seeborg
United States District Court Judge

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

[PROPOSED] ORDER GRANTING SECOND JOINT STIP.
RE STAY OF PENDING PROCEEDINGS

No. 3:21-cv-09577 (RS)

3