| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Bryan Weir (Bar No. 310964) |
| Sophia Cai (Bar No. 327773) | Thomas R. McCarthy (*pro hac vice*) |
| JENNER & BLOCK LLP | CONSOVOY MCCARTHY PLLC |
| 455 Market Street, Suite 2100 | 1600 Wilson Boulevard, Suite 700 |
| San Francisco, California 94105 | Arlington, VA 22209 |
| Telephone: (628) 267-6800 | Telephone: (703) 243-9423 |
| Facsimile: (628) 267-6859 | bryan@consovoymccarthy.com |
| ledelstein@jenner.com | tom@consovoymccarthy.com |
| scai@jenner.com | |
| | Patrick Strawbridge (*pro hac vice*) |
| Adam Unikowsky (*pro hac vice*) | CONSOVOY MCCARTHY PLLC |
| JENNER & BLOCK LLP | Ten Post Office Square |
| 1099 New York Avenue, NW, Suite 900 | 8th Floor South PMB #706 |
| Washington, DC 20001-4412 | Boston, Massachusetts 02109 |
| Telephone: (202) 639-6000 | Telephone: (617) 227-0548 |
| Facsimile: (202) 639-6066 | patrick@consovoymccarthy.com |
| aunikowsky@jenner.com | |
| | Bradley A. Benbrook (Bar No. 177786) |
| *Counsel for Respondents* | BENBROOK LAW GROUP PC |
| *Uber Technologies, Inc. and Uber USA, LLC* | 701 University Avenue, Suite 106 |
| | Sacramento, CA 95825 |
| | Telephone: (916) 447-4900 |
| | brad@benbrooklawgroup.com |
| | |
| | *Counsel for Petitioners* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALERIA HERMOSILLO CHAVEZ, ERIK ESPARZA, JAMAR SMITH, and ANTHONY SIMONEAU, and 7,267 OTHER INDIVIDUALS. <br><br> Petitioners, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; and UBER USA, LLC, <br><br> Respondents. | Case Number: 3:21-cv-09577 (RS) <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** <br><br> Action filed: December 10, 2021 |

STIPULATION OF DIMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice as to all claims and all remaining parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: June 20, 2022

Respectfully submitted,

By: */s/ Laurie Edelstein*
Laurie Edelstein (Bar No. 164466)
Sophia Cai (Bar No. 327773)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
scai@jenner.com

Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
aunikowsky@jenner.com

*Counsel for Respondents*
*Uber Technologies, Inc. and Uber USA, LLC*

 */s/ Bryan Weir*
Bryan Weir (Bar No. 310964)
Thomas R. McCarthy (*pro hac vice*)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
bryan@consovoymccarthy.com
tom@consovoymccarthy.com

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Bradley A. Benbrook (Bar No. 177786)
BENBROOK LAW GROUP PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

*Counsel for Petitioners*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

Dated: June 20, 2022                  /s/ Bryan Weir